JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAVIER PELLECER,

    Petitioner,

v.

JIM ROBERTSON, Warden,

    Respondent.

Case No. CV 20-1184-JLS (SP)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: May 14, 2021

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE